ATKINSON v. TRUMBALL

Theodore Atkinson Sen$^r$ plantiff against John Trumball Defend$^t$ according Attachm$^t$ Dated y$^e$ 24 Janr$^y$ 1671 this Acion was by desire of plantiff & Defend$^t$ & consent of y$^e$ Court continued till the next Court of this County as Attests Freegrace Bendall Cler.